

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2016

No. 04-15-00810-CV

**CURRENT MONEY OF THE UNITED STATES OF AMERICA $20,438.00**, et al.,
Appellants

v.

**THE STATE OF TEXAS**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-14-384
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

Ramiro Hernandez's Notification of Late Record is hereby MOOT. Appellant's brief is due on or before May 9, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2016.



_____
Keith E. Hottle
Clerk of Court